627 A.2d 1133

M. EDWIN BRY, T/A BRY'S MARINE v. S2 YACHTS, INC.

April 27, 1993.

Petition for certification is granted, and the matter is summarily remanded to the trial court for further factual findings and reconsideration of its legal conclusions in respect of the "community of interest" issue in the light of *Instructional Systems, Inc. v. Computer Curriculum Corp.,* 130 *N.J.* 324, 614 *A.*2d 124 (1992) and, based on such findings and conclusions, the entry of such judgment as may be appropriate.

Jurisdiction is not retained.

627 A.2d 1133

T.M. v. NEW JERSEY DIVISION OF DEVELOPMENTAL DISABILITIES.

April 29, 1993.

Petition for certification is granted, and the matter is summarily remanded to the Division of Developmental Disabilities for reconsideration in light of *Mr. & Mrs. J.E. v. State of New Jersey* 131 *N.J.* 552, 622 *A.*2d 227 (1993).